IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| AMPARO SHERRILL, </br>　　　Plaintiff, </br></br>v. </br></br>TOYOTA MOTOR CREDIT CORPORATION, </br>EQUIFAX INFORMATION SERVICES, LLC, </br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, </br>　　　Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) Case No.: 1:17-cv-00598-WKW-GMB </br>) </br>) </br>) </br>) </br>) |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Amparo Sherrill ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their undersigned counsel, and hereby notify the Court that a settlement has been reached between Plaintiff and Trans Union.[1]

Plaintiff and Trans Union are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff and Trans Union request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal of Trans Union with the Court.

Respectfully submitted,

---

[1] Counsel for Trans Union, LLC received permission from counsel for the plaintiff to file this Notice of Settlement.

1

s/Anthony B. Bush
**ANTHONY B. BUSH**
**ATTORNEY FOR PLAINTIFF**
THE BUSH LAW FIRM, LLC
3198 Parliament Circle 302
Montgomery, AL 361116
Telephone: (334) 263-7733
Facsimile: (334) 832-4390
anthonybbush@yahoo.com
abush@bushlegalfirm.com

s/Matthew W. Robinett
**MATTHEW W. ROBINETT**
ASB-3523-I72M
**ATTORNEY FOR DEFENDANT TRANS UNION LLC**
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643
(205) 251-5479 Fax
mrobinett@nwkt.com
*Counsel for Defendant Trans Union LLC*

Kirkland Edward Reid
kreid@joneswalker.com
Jones Walker LLP
11 North Water Street; Suite 1200
Mobile, AL 36602
251-439-7513
251-439-7358 Fax
*Counsel for Equifax Information Services, LLC*

Natalie Ann Daugherty
ndaugherty@gallowayjohnson.com
Galloway Law Firm, APLC
63 S. Royal Street, Suite 302
Mobile, AL 36602
251-438-7850
251-438-7875 Fax
and
Robert Scott Traweek
straweek@gjtbs.com
Galloway Johnson Tompkins Burr & Smith
118 East Garden Street
Pensacola, FL 32502
850-436-7000
850-436-7099 Fax
*Counsel for Toyota Motor Credit Corporation*

Leilus Jackson Young , Jr.
ljy@ffmylaw.com
Ferguson Frost & Dodson, LLP
P O Box 430189
Birmingham, AL 35243-0189
(205) 879-8722
(205) 879-8831 Fax
and
Meredith Kincaid
mkincaid@jonesday.com
Jones Day
1480 Peachtree St NE - Ste 800
Atlanta, GA 30309
404-581-8043
*Counsel for Experian Information Solutions, Inc.*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None at this time.

                                        s/Matthew W. Robinett
                                        **MATTHEW W. ROBINETT**