## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **Amparo Sherrill,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No.: 1:17-cv-00598-WKW-GMB |
| | ) |
| **Toyota Motor Credit Corporation,** | ) |
| **Equifax Information Services, LLC,** | ) |
| **Experian Information Solutions, Inc., and** | ) |
| **Trans Union, LLC,** | ) |
| | ) |
| *Defendants*. | ) |

## NOTICE OF SETTLEMENT OF ALL CLAIMS

**COMES NOW** Plaintiff, Amparo Sherrill, by and through the undersigned counsel, and respectfully notifies this Honorable Court of the following:

1. On July 16, 2018, Plaintiff and Equifax Information Services, LLC ("Equifax") filed a Joint Stipulation of Dismissal of the respective claims between those Parties (ECF 32).

2. Likewise, on July 16, 2018, Plaintiff and Trans Union, LLC ("Trans Union") filed a Joint Motion for Extension of Time to File Notice of Dismissal (ECF 31). On July 17, 2018, this Honorable Court entered an Order directing that the Parties subject thereto file a Stipulation of Dismissal on or before August 15, 2018 (ECF 33).

3. Plaintiff and Experian Information Solutions, Inc ("Experian") have resolved the claims between the respective Parties.

4. Recently, Plaintiff and Toyota Motor Credit Corporation ("Toyota") have resolved the claims between the respective Parties.

**WHEREFORE,** the premises considered, Plaintiff, through the undersigned counsel, respectfully moves this Honorable Court to suspend all further deadlines, vacate all future

hearings including the trial, and to allow the Parties forty-five (45) days to complete the aforementioned settlements.

**RESPECTFULLY SUBMITTED** this 25th day of July 2018.

**/s/ Anthony B. Bush**
Anthony B. Bush, Attorney at Law

**OF COUNSEL:**
The Bush Law Firm, LLC
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
334/263-7733 [phone]
334/832-4390 [fax]
E-mail: anthonybbush@yahoo.com
abush@bushlegalfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Parties of Record, including counsel for Defendants.

**/s/ Anthony B. Bush**
Counsel for Plaintiff